# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:89-CR-00214-PMP-LRL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DONEAR T. WIGGINS, | ) | |
| Defendant. | ) | |

The Court having read and considered Defendant Wiggins' Motion to Have Record Sealed or Expunged (Doc. #128) filed February 18, 2011, and good cause appearing,

**IT IS ORDERED that** Defendant Wiggins' Motion to Have Record Sealed or Expunged (Doc. #128) **DENIED**.

DATED: March 18, 2011.

PHILIP M. PRO
United States District Judge